**1**

OFFER OF PROOF #1
MAY 1, 1998 TRANSCRIPTS OF KYM L. WORTHY
UNDER OATH BEING QUESTIONED BY PLAINTIFF
AND ENTERING INTO AGREEMENT WITH PLAINTIFF
WHILE PLAINTIFF WAS A CITIZEN ONLY NOT CONVICTED

STATE OF MICHIGAN
THIRD JUDICIAL CIRCUIT COURT FOR WAYNE COUNTY
CRIMINAL DIVISION

PEOPLE OF THE STATE OF MICHIGAN
Plaintiff,

Vs

DERRICK LEE CARDELLO-SMITH,
Defendant,

**FILED**
WAYNE COUNTY CLERK
MAY 2, 1998
SEALED FILE MATERIALS
JUDICIAL ORDER DIRECTIVES
PENDING INVESTIGATION

File No 1998-004133-01

Honorable Harvey Tennen

MOTION

PLEA & SENTENCE
AGREEMENT ALLOCUTION
SPECIAL PROCEEDINGS, JUDICIAL CHAMBERS
CLOSED HEARING-PRIOR TO PUBLIC PLEA

RECORD

Of the proceedings had in the above cause on the 1st day of May 1998 before Derrick Lee Cardello-Smith

**FILED**
WAYNE COUNTY CLERK'S OFFICE
UNSEALED MARCH 21, 2007

HONORABLE HARVEY TENNEN, CIRCUIT JUDGE

APPEARANCES:

JOHN D. O'HAIR P18432
On behalf of the Wayne County Prosecutor
For Kym L. Worthy P38875
1441 St. Antoine Street
Detroit, Michigan 48226

DERRICK LEE CARDELLO-SMITH
Defendant
Acting in Pro Per
W.C.J. Inmate (Detainee)

**FILED**
WAYNE COUNTY CLERK'S OFFICE
Case No's 1998-004133-01(1)
1998-004133-01(2)
Derrick Lee Moore-as to Derrick Lee Cardello-Smith
Per Honorable Harvey F. Tennen
CLOSED SESSION PLEA HEARING OF 5-1-98

Cathy Rickstad,
Certified Shorthand Reporter & Photography
For Confidential Photography & Reporting Services
Farber Studios, Inc
4925 Cadieux Road
Detroit, Michigan 48224

1

FILED

## TABLE OF CONTENTS

WITNESS:                                                    PAGE

Kym L. Worthy

DIRECT:

John D. O'Hair

CROSS EXAMINATION:

Derrick Lee Cardello-Smith

EXHIBITS:                                                   PAGE

Commitment  of sentence to Corrections Department for Offense of second-degree Murder-Self-Defense variable, Carl Bishop-Nolo Contendere Plea to remain Sealed per Plea Agreement of John D. O'Hair, Kym L. Worthy, Sean Combs and Defendant Derrick Lee Cardello-Smith (Agreement in 1997 between parties)

Commitment of sentence to Corrections Department for Offense of Criminal Sexual Conduct, Third Degree as Conditioned Primary Offense.

Wayne County Medical Examiner's Autopsy Report (Carl Bishop)

Sexual Assault Kit and Materials (Victim-Defendant)

Incident Reports Identifying Sean Combs as (Sexual Assault Suspect)

FILED

Friday, May 1, 1998

at 7:33am

Detroit, Michigan

### RECORD

THE COURT:  We are here and on the record for a Special Closed-Session

Hearing in the matter of  People of Michigan v Derrick Lee Cardello-Smith, Case

No's 1998-004133-01 (1) and 1998-004133-01-(2) Closed Plea agreement and

Public Plea Agreement between both parties and Special Proceedings Plea And

Sentence hearing for  allocution on special request for the Defendant who is

appearing in pro per for the Hearing in my personal chambers....

THE COURT: For the record, this hearing is transcribed and is to remain

sealed per all parties prior agreement entered into in August 1997.

THE COURT: Please state your names for the record.

DEFENDANT:  Mr. Derrick Lee Cardello-Smith acting in pro per your

Honor.

THE COURT: Very good Mr. Cardello-Smith, and the People?

PROSECUTOR:  John D. O'Hair on behalf of the Wayne County

Prosecutor's Office and for Her Honor, Witness Kym L. Worthy.

THE COURT: Okay, alright then, it looks like we have a proceeding to get

through which I am to understand consists of an Adjacent yet, connected plea and

sentence agreement with circumstances that involve a condition that the Defendant

has adamantly stated is a requirement to have on the record, or a matter of record

to support any unforeseen appeal or problems arising out of the agreement for

which we are all present and have agreed upon in prior hearings? Is this correct

Defendant Cardello-Smith?

3

FILED

DEFENDANT: Yes your honor, that is correct sir--I am here because of the totality of the people involved and the length of efforts done to silence me on the matters we have discussed concerning Sean Combs, you know, Puff Daddy, Mr. Bad boy and him raping me and keeping my money from the investment all of us gave him last year, wait your honor, am I allowed to mention that here?

THE COURT: Yes, we are all friends here, I gave him money too, so it is okay and yes, you can discuss the rape and your money you gave him, Mr. Combs here, because this is sealed but when your in open court, keep this all quiet, you know what happens if you do not right?

DEFENDANT: Yes I do Sir...I most certainly and I want my family safe which is why I am here today..

THE COURT: Understood...now, where are we at with My Colleague, Kym

Worthy? Are you ready to answer Cardello-Smith's questions direct to you or can I just call you Kym, since we are on a first name basis anyway, ha ha ha.

FILED
WAYNE COUNTY CLERK'S OFFICE
UNSEALED MARCH 21, 2007
Plaintiff Derrick Lee Cardello-Smith

PROSECUTOR: Sir, if I might interject?

THE COURT: Of course John, I forgot you were here, your so quiet, what would you like to say sir?

PROSECUTOR: Your honor, I believe that we need to establish the boundaries of this line of questioning from the Defendant, he is not a lawyer and there has to be some protocol because of the others involved in this matter and as you well know, what we say here can have serious lasting impacts on our other friends, excuse me, associates and if this record is released, it could endanger lots of reputations, including our other friends in law enforcement and I just wanted to ensure that this hearing stays sealed and will not be released unless either parties

4

FILED

agrees to it being released, or unsealed your honor....this is an active
deal/agreement and only The defendant or My office can alter it and we certainly
will not because of our other associate in New York, Bad Boy, the King..Sean
Combs--

THE COURT: Alight, The defendant is not a lawyer and he is what, 24 or
25? He will just ask his questions as he see and if I feel or think it is crossing a
line into our side of things, then I will cut him off, okay?

PROSECUTOR: Thank you Harvey, excuse me, your honor--

THE COURT: Never mind that John...now lets get back to our witness, was
it Judge Worthy or what have you decided that I can call you for this hearing?

WITNESS: Kym Worthy is perfectly fine Your Honor, --sic--

THE COURT: Okay, Mr. Cardello-Smith, are you ready? Wait a moment, I
should actually place you all under oath....

THE COURT: Ms. Worthy, raise you right hand?

THE COURT: Do you swear the testimony your about to give is the truth
and nothing but the truth, so help you God?

WITNESS: I do.

THE COURT: Okay, aright...Mr. Defendant Derrick Lee Cardello-Smith,
raise your right hand,

THE COURT: Do you swear that the testimony your about to give, or
questions your about to ask are truthful and nothing but the truth so help you God?

DEFENDANT: I do your honor, sir.

THE COURT: I like this guy, he is always calling me sir, even under his
circumstances, aright, let's do this...There is no stand to take so you can stay there
in that seat Ms. Worthy.....You stay there in your Shackles and Handcuffs Mr.
Cardello-Smith.

5

FILED

DEFENDANT: Not a Problem your honor. Thank you very much sir.

THE COURT: Okay, Cardello-Smith, ask your questions of the witness--

DEFENDANT: Judge Worthy, how are you today?

WITNESS: How do you think? Is this a question or you just going to

waste time?

THE COURT: Defendant Cardello-Smith, please ask your questions?

DEFENDANT: Yes Sir....Okay Ms. Worthy is it?

WITNESS: You know who I am--

DEFENDANT: Of course I do.--What do you do currently and or what are your job experiences?

WITNESS: Is he serious?

THE COURT: Just humor him and us all and answer the question.

WITNESS: I am a have work experience as a Lawyer, Officer of the Court, First Black Prosecutor here and Judge in Detroit, Michigan at this very court.

DEFENDANT: Have we ever met before today, May 1, 1998?

WITNESS: Yes, we have met several times before today.

DEFENDANT: When was our first time meeting each other Ms. Worthy, Judge Worthy?

WITNESS: Back at the Crime Lab a little less then a year ago.

DEFENDANT: How did we meet? What were the circumstances/ The situation your honor?

WITNESS: I was having a late night meeting with some very important people and then you came and attacked one of the primary people I have very close ties with.

DEFENDANT: Who are these primary people? What were you doing at a Detroit Crime Lab Warehouse so early in the morning?

WITNESS: Who the hell do you think you are questioning me and asking me questions like that? Do you know who I am and what I am capable of?

THE COURT: Okay, just stop and hold on there....Ms. Worthy, you need to

6

FILED

just answer these questions, okay, he is keeping up his end of the deal, so will you

okay...Thank you, Proceed Mr. Cardello-Smith.

DEFENDANT: Thank you Sir..Ms. Worthy....Is there a Primary figure that was present on the night in question?

WITNESS: Well of course there was..

DEFENDANT: What is that persons name Ms. Worthy?

WITNESS: Puffy, Puff Daddy, Sean Combs, whew that man is fine? Mo money Mo Problems, no problem for me or my girls, that is for sure.

DEFENDANT: Thank you for that, so your stating on the record, that Puff

Daddy otherwise known as Sean Combs was at the meeting at the Detroit Crime

Lab and Warehouse in Detroit on or about June 15, 1997?

WITNESS: Well Yes, what other day am I talking about?

DEFENDANT: What other day indeed...right..Ms. Worthy, what happened

that night when I arrived on the scene of your meeting and in your own words?

WITNESS:  You came running at them with a Piece of Steel or a Tire Iron

out of your Z-28 and smashed both Body guards in the knees and they went down

and then you hit Mr. Combs in his back, turn him around and hit him in his face,

and you were yelling something about him Raping you back there in Adrian or

some place maybe even here in Detroit....But either way, you messed up a lot of

investments, even your money you gave him, that I did not know about until that

night it was $150,000.00 I think right?

DEFENDANT: Yes, that is what he amount was, but that is not important

right now, what is important is that you said that I was yelling about being raped

and you said that this was at a warehouse for the Detroit Crime Lab, is that correct?

WITNESS: Yes, that is correct.

DEFENDANT; Thank you,just a moment,I have to check my notes here.

7

FILED

DEFENDANT: Thank you...What is in that warehouse?

WITNESS: All sorts of things, but mostly, Evidence from a while bunch of rapes, and some homicides that do not need to be figured out yet or ever for that matter, why?

DEFENDANT: I am asking the questions Judge Worthy, please just answer them, okay....and your honor? Please instruct the witness to just answer the questions and nothing more, because this is on the record..

THE COURT: He has a point, just answer the questions?

WITNESS: Understood your honor.

DEFENDANT: Did you ever come to be in possession of a Sexual Assault Kit from 1997 or a Homicide Evidence package from July 1997?

WITNESS: Yes, to both.

DEFENDANT: Thank you for your honesty there...Now, what happened with that rape kit?

WITNESS: I had it turned over to my team and my investigators so that I can ensure that it was secured.

DEFENDANT: Why did you need to secure it/ Why would it be given to you and not processed as any other rape kit evidence?

WITNESS: Because it involved our financier, Sean Combs--Puffy, Puff Daddy and his blood, semen and your fecal matter is all mixed in together.

DEFENDANT: So, your stating on record that there is a Rape Kit that contains Evidence that Sean Combs Sexually Assaulted me, is that correct?

WITNESS: Yes, so what?

DEFENDANT: Your honor, please ask the witness to stop that kind of language, I am being very cordial and following all the rule.

THE COURT: Your warned again Ms. Worthy.

8

FILED

WITNESS: Yes your honor.

DEFENDANT: Thank you sir. Ms. Worthy, your acknowledging that there is also other evidence of a separate crime, Homicide evidence, correct?

WITNESS: Correct: the guy you killed, Carl Bishop.

DEFENDANT: Why are you keeping that evidence/ Shouldn't it be with the Medical Examiner for the Morgue?

WITNESS: No, not this one, because it will reveal other people and so much involvement by others that we have to keep this quiet and so will you, if you want this deal and to get your money from Puffy and those other parts of the deal we signed on the hood of your car.

DEFENDANT: So, the terms of this deal we are hear for now is what Ms. Worthy?

WITNESS: You keep quiet that the man you killed was sent by Sean and our teams, and we free you and clear you of the Rape Charges we have on you now?

DEFENDANT: Why would you have rape charges on me when I did not rape anyone?

WITNESS: Because I can and we an and we have lots of rape kits that we can use on you or anyone, if it meets my needs, remember, I am the Boss, not you!

DEFENDANT: Don't I know it...Now, let me get this correct, You, Sean Combs and others sent men to kill me and I fought them and killed one of them, in self-defense, is that correct?

WITNESS: yes, that is correct...You did not commit any rapes and it was self-defense.

DEFENDANT: But I have to go out in this courtroom today and lie on the record out there that I am guilty of Rapes I did not commit or do, and in exchange for it, my family is safe and will not be harmed, and I will be cleared of any rape

FILED

charges in the future for the rapes I am going to be pleading guilty too shortly out

there, even though I am innocent of them?

WITNESS; Yes--

DEFENDANT: But the murder I am guilty of, it will be sealed in this
hearing?

WITNESS: Correct.

DEFENDANT: And it is your testimony, that the Commitment of sentence

will be sealed too and the court will effect a false judgment of sentence to send me

to prison on just to keep everything about Sean Combs, your organization and

everything else quiet.

WITNESS: Correct/

DEFENDANT: Am I guilty of Rape?

WITNESS: No.

DEFENDANT: Am I guilty of murder, with self-defense?

WITNESS: Correct.

DEFENDANT: Did you, Sean Combs and I come to an agreement in 1997?

WITNESS: Correct also.

DEFENDANT: Will my family be safe?

WITNESS: As long as you are willing to fully cooperate with Sean, our

friends here at the Prosecutors Office, yes.

DEFENDANT: Thank you for your admitting it on the record Ms. Worthy.

DEFENDANT: What is your bar Number now?

WITNESS: 38875, why?

DEFENDANT: Just for the record.

WITNESS: You know we have you right?

10

FILED

DEFENDANT: Have me what?

WITNESS: Your not going to get that money back from Sean, even if Death Row is making his profits go down!

DEFENDANT: Okay thank you for that, now, Ms. Worthy...Did Patrick Jackman provide you with the Evidence from my Sexual Assault Examination?

WITNESS: Correct.

DEFENDANT: Why and what are you going to do with it?

WITNESS: Keep it, so that you do not mess with our investments.

DEFENDANT: So, Sean Combs, The Detroit Police Department, and you decided that your going to frame me and all to keep everything quiet because of his "Reputation", your origination, your many connections and the money being distributed and saved up by you and your people?

WITNESS: That is correct!

DEFENDANT: Thank you...now, Sean Combs, will allow my investment and those of the 9 other prisoners who gave him money the evenings when he was looking his connections for more artists and some non-artist.

WITNESS: Sean Combs, raped you, we're covering it up to the best of my ability and foundations that have been formed...

DEFENDANT: This is worse then who it is that is over us?

WITNESS: Can't you'll just hold those thoughts up because it is a factor that should have been on me and nothing else.

DEFENDANT: So, I am being and have been framed for multiple rapes I did not do, and Even worse, Sean Combs Raped me and I have to just deal with it because of our meetings and plea deal.

WITNESS: That is correct.

11

FILED

DEFENDANT: Just verifying.

WITNESS: Okay, anything else?

DEFENDANT: Yes, When I go out into the court, I will be taking a plea to a crime and crimes, that I am innocent of and crimes that you know I am innocent of and it is the only way to protect my family, protect my interest into Bad Boy with Sean Combs, and I have to keep the fact that I was raped by Mr. Combs and beaten by Mr. Combs, quiet in order to not be sentenced to Life without Parole for a Murder case that I am the victim of, or I was the intended victim of because Sean Combs and you sent men out to kill me, just less then 1 week after I signed a Criminal Complaint and This Judge Mr. Tennen executed a Special Warrant and not the Normal Warrants from Criminal Cases, but to ensure that noone saw it saw it and that it remains sealed until One of us breaks the deal, which is how I have the real deal signed by us all in 1997?

FILED
WAYNE COUNTY CLERK'S OFFICE
UNSEALED MARCH 21, 2007
Party Motion: Defendant Derrick Lee Cardello-Smith

WITNESS: Correct.

DEFENDANT, Just verifying al of these claims.

WITNESS; Anything else Sir?

DEFENDANT: Just one more question, knowing how dangerous this situation is, why did you choose to frame me for false rapes and why did you want to hide this hearing Ms. Worthy?

WITNESS: Correct.

[Defendant is searching through papers for notes to continue questions of the witness, Judge Kym L. Worthy]

DEFENDANT: Okay your honor, I have my notes all set here..Thank you.

THE COURT: Proceed with your questioning Mr. Cardello-Smith.

FILED

DEFENDANT:  Are you waving and giving up voluntarily your claims of

Governmental immunity for this testimony which can and will confirm that you

are in fact going to take refuge in your absolute immunity that is given to you as a

former assistant prosecutor and current judge to balance out your role in this

scheme to have me eliminated and it backfire on you and your people?

WITNESS: Mr. O'Hair?

PROSECUTION:  Yes, the witness waives all judicial, prosecutorial and

government immunity in light of these admissions on the record for purposes of

Defendant Cardello-Smith's Plea and his requirement that this record is made so

that his plea can be given on the open court record.

THE COURT:  Okay aright, Mr. Cardello-Smith, are you satisfied with that?

DEFENDANT: Oh most certainly your honor, I would just like to fully

confirm this matter in the best way possible and if you would just indulge me a

little bit, I would be grateful for it your honor, if I may?

THE COURT: Proceed--

DEFENDANT:  Ms. Worthy, it is your testimony in this closed yet recorded

in chambers hearing, that you are fully aware that I, Derrick Lee Cardello-Smith,

was the target of an assassination attempt funded by Sean Combs of Bad Boy out
of

New York, who wanted to silence me for many reasons, but the primary reason is

that he drugged, beat and sexually assault me in June, 1997 at a hotel in Adrian,

Michigan?

WITNESS: Yes.

DEFENDANT:  As I was tending bar at different events for Mr. Combs, and

at the hotel in Adrian, Michigan, this is when the rape occurred and when it

13

FILED

actually took place and all the evidence from that rape was given to You by Detroit

Police Officers, and most specifically, Patrick Jackman, Sergeant with the Detroit

Police Department, is that correct?

WITNESS: Yes, that is correct--

DEFENDANT: Thank you....now, you are aware of an agreement that we all

signed when I showed up at one of your 'Meetings' and I assaulted Mr. Combs, is

that correct?

PROSECUTOR: You honor, asked and answered.

THE COURT: Ask something else Defendant Cardello-Smith.

DEFENDANT: Sure, do you agree that I am only going to go out and plead

to this offense to save my life, my family and then I am going to state prison for

those reasons because of the Criminal Organization here in Detroit, Michigan and

its ties to Bad Boy?

WITNESS: Agreed, yes.

DEFENDANT: Thank you...Do you also agree that the men who came at me

were directly linked to you and Mr. Combs and the only reason you have that

homicide evidence is to protect yourself and others from the conspiracy that was

done to frame me?

WITNESS: Yes.

DEFENDANT: Was I actually cleared of any sexual assault or rapes or

anything that resulted in causing harm to a woman, by the Detroit Police

Department and will you say that on the record as part of this plea to which I am

going to go into court and claim I did knowing I am innocent of it?

WITNESS; Yes..

DEFENDANT: Thank you Ms. Worthy. Now, how much am I actually

14

FILED

entitled to out of the Bad Bay Entertainment and Sean Combs Enterprises, Inc

based on your knowledge?

WITNESS: Sean is the majority and your the minority, I believe it is 49%

that was agreed upon between all of us?

DEFENDANT: Do you know who Patricia Penman is?

WITNESS: Yes, she is a Dearborn Police Officer.

DEFENDANT: Are you aware that Detective Penman and I had a

relationship for some years?

WITNESS: Yes, I am aware--

DEFENDANT: How did you come across this information?

THE COURT: Okay Cardello-Smith, you cannot lead the witness, I will give

you some leeway, but be careful.

DEFENDANT:  Yes Sir...Understood...Ms. Worthy, how did you become

aware that Patricia Penman and I have history together? What was the subject

about?

PROSECUTOR: Your honor, the witness cannot speak to another persons

thoughts or events?

DEFENDANT: Your honor, this is just a silly statement by Mr. O'Hair, The

witness can clearly speak about how her and a police officer that I dated met and
are

together? It most certainly is not wrong?

THE COURT: Go ahead Ms. Worthy, answer him.

WITNESS: Yes, she spoke about how you treated her good and was a better

man for her than her husband or boyfriend and how she wanted you to be hers

exclusively and you broke it off with her abruptly.

15

FILED

DEFENDANT:  Did she say why?

PROSECUTOR: Objection, hearsay.

THE COURT: Overruled, you will have a standing objection.

WITNESS: Yes, she said because you were not ready for a committed relationship and wanted to be fair to her and let her know where you stood.

DEFENDANT:  Did she express any other thoughts or words verbally on this to you Ms. Worthy?

WITNESS: Yes, she said that she would 'Never let you be with any other woman and she would ensure that if you ever got out, she would Kill you or send you back to prison?

DEFENDANT: What was your answer to that?

WITNESS: Oh well, he should not have broken up with you, Men do us like that all the time, look at the father of my girls?

DEFENDANT: Thank you Ms. Worthy...

THE COURT; Okay, so you and Officer Patricia Penman dated, where is this line of questioning going to Sir?

DEFENDANT: I just wanted this on the record for truth, that is all your sir.

WITNESS: Okay, is there anything else?

THE COURT: I will ask the questions thank you.

DEFENDANT: Yes there is, When I go to take this plea, in the court, this hearing will not be a part of that plea agreement, correct?

WITNESS: As far as I know, correct.

DEFENDANT: But I will be pleading to a Criminal Sexual Case with the same number as this case number, even though I am not a rapist, but I am actually a victim of Sean Combs, and your office is helping to cover it up?

16

FILED

WITNESS: Yes.

DEFENDANT; Also, Ms. Worthy, is it your testimony today that you are completely

aware of the overflow crime lab warehouse containing thousands of rape kits tha

you have stated you would have placed on me as you have done other men?

WITNESS: Yes.

DEFENDANT:  Is it your testimony that you have your team of technician at

the Crime Lab who can and have manipulated evidence to place rapes on not only

myself, but other men as well, with the end result being, they will plea because

they have no choice and they know you will get convictions because the Sexual

Assault Victims in those cases are actually victims of Sean Combs and the Sexual

Slavery Ring in Michigan?

WITNESS, Somewhat, yes.

FILED
WAYNE COUNTY CLERK'S OFFICE
UNSEALED MARCH 21, 2007

DEFENDANT: Your honor, please instruct Judge Worthen to answer Yes or Defendant Derrick Lee Cardello-Smith

no to this question.

THE COURT: The witness will respond yes or no.

WITNESS: Yes.

DEFENDANT:  Thank you...now, how many rape kits exist in that

warehouse that you are aware of?

WITNESS:  Between 5 to 9 thousand.

DEFENDANT: And you will pay the so called "victims " to say that I or

anyone else you feel like putting on them, to say that the suspect, Raped them, is

that corerct?

WITNESS: yes, so.

DEFENDANT: and this is the case with me, am I correct, you or Sean

Combs or someone on his behalf has in fact Paid the people who swore out the

17

FILED

felony complaint to say that I raped them and that I need to be placed in prison, when you know and John O'Hair and his Team of Prisecutors Know that I am not guilty of Raping anyone, and it is all done to show loyalty to Sean Combs, and to continue with this criminal enterprise and operation that is going on in Wayne County, Michigan, is that correct Ms.Worthy?

WITNESS: So, what if it is?

DEFENDANT: Your Honor!

THE COURT: Yes or know Judge Worthy.

WITNESS: Yes, yes yes.

DEFENDANT: Thank you, now, when I attend this court hearing, today or whever day it goes down,  I have to say that I was not threatened or that anyone is forcing me to take this plea, is that correct?

WITNESS: Yes.

DEFENDANT: And your Office and your staff at the Court and connections with This Man, John O'hair put this deal together, is that correct?

WITNESS: Yes.

DEFENDANT: Your honor, I want the record to show that Witness Kym Worthy, just acknowledged the Wayne County Prosecutors Office and its Current Prosecutor John O'Hair put this deal together.

THE COURT: It does, continue.

DEFENDANT: Thank you.  Now, Ms. Worthy, what is the true sentence I am going to State prison for actually?

WITNESS: Second Degree Murder with Self-Defense variables.

DEFENDANT: Your honor, is this the deal you understand that I am going to State prison for and I will be pleading to False Rape Charges in this same case,

18

FILED

that is being transcribed?

THE COURT: Yes Mr.Cardello-Smith, this is the True Plea Agreement and it will be sealed and only ourselves and our special Shorthand Reporter will know about it because of this deal and it is a No-Contest Plea.

DEFENDANT: Thank you sir. Okay now, Ms. Worthy...I will be entering this plea to crimes I did not do in order to save my family from being targeted by this criminal empire and to ensure that I can be released in 25 years, because I did in fact take a mans life, now while it was self-defense, I still took his life, protecting a woman and I have to be humiliated and have your office turn me into a Sexual Deviant who hurts women, when I actually saved a woman, is that correct?

WITNESS: Yes, correct.

DEFENDANT: This is the most horrendous thing I have ever seen in my life, and you should all be ashamed of yoruselves..But you have the power and I am just a pawn....as Long as Yu Ms. Worthy and Sean Combs upholds their end of the deal, then we have a deal...My family is safe, my money gets to grown into Sean Combs Company, and the Rape he did upon me gets covered up and all the evidence stays with Kym Worthy,the evidence of his rape on me and the homicide evidence gets to stay with you too.

WITNESS: Yes, correct.

DEFENDANT: Okay, well then, lets do it since I have no choice.

WITNESS: No you do not.

THE COURT: Okay, we appear to be all set, Anyone have anything closing to say?

WITNESS: Yes, Mr. Cardello-Smith, do not ever try to break this deal, I

19

FILED

know I will not and Sean has assured me he will not, and if you do, boy, not one person will believe you...even if you have this record unsealed, I am untouchable, but your family and you saw what happened to Nevers and Budzyn, right?

So do not break our deal..I will clear you later on of any rapes, but if you break it, I will add more and really make you look terrible, believe me, I can do it today, tomorrow or years from now, we have everything needed to make it happen, so get your ass in there and take that plea,and it is going to be a guilty plea for the sex crimes..

DEFENDANT: Okay, but I can assure you of this Ms. Worthy, one day, this will all come back because the truth cannot be hidden, Light will always shine through from the darkness..I am a man who saved a woman, not hurt women, but that will all come out some other day and time.

WITNESS: Not today though..

DEFENDANT: Okay, let's go..I have no more questions for this witness your

THE COURT: Well, that was pretty interesting wouldn't you all agree with me? I am glad that that is over, so now we an get to the actual public plea hearing today and then the sentence shortly thereafter.

DEFENDANT: Excuse me for one moment your honor.

THE COURT: What is it now Cardello?

DEFENDANT: How are you going to keep these proceedings sealed and hidden in order for the plea that I am going to take if everyone knows that I am Cardello-Smith?  I believe that you would have to hide it somehow because I am known as Cardello-Smith and Sean, Kym, and especially Penman knows me

20

FILED

by that name, so they could very well just have it to where anyone searching the court records would find these transcribed proceedings when they are transcribed and simply place it with the homicide and it will show that I am really in for second-degree murder and that will break our 3 way agreement and my family could be hurt behind this?

THE COURT: I see, smart thinking, I will just place t under Derrick Lee Smith, Derrick Smith, and w will keep the second-degree murder under Derrick Lee Cardello-Smith, I am sure that we have enough Derrick Smith's and we can even throw in a Derrick Lee Moore, he is a Serial Rapist I convicted just last week so I can just add your real name to his name, and that will keep anyone searching busy.. Okay. you will uphold your end of this agreement and when we are in open court Mr. Cardello-Smith, and I ask you if anyone has threatened you, forced you to plea, or promised you anything, your answer will be "No." okay Mr. Cardello-Smith? Is that clearly understood?

DEFENDANT: Yes Sir, even if I know my family will be slaughtered by Sean Combs and Kym Worthy's people..You still expect me to say no I was not threatened?

THE COURT: That is correct.

DEFENDANT: Everyone thinks your just this caring, understanding judge..

THE COURT: What would you say I am?

DEFENDANT: A Complete Coward who is not a man and hides behind his power, friends, colleagues, and most importantly, a Criminal yourself, that is what I think of you with all undue respect, Sir/

THE COURT: Whatever....just do what your supposed to do and everything will be alright...

FILED

DEFENDANT: Okay your honor, see you at the "Plea Hearing"

THE COURT: The witness may leave the chambers, get that man to the holding cell and lets get started.

DEFENDANT: Your honor, I want to say this much...My mother is going to have to hear me say lies and then she is going to think I am this type of person and I am not that kind of man you people have forced me to be. I want it clear that you can say on the record that I am a Man who defended a Woman and myself and that I am being framed for multiple rapes that I am innocent of and you know it and are still forcing me into this, with your full knowledge, are you man enough to say that on the court record sir?

THE COURT: I am more than man enough, so yes, everything you said, I adopt on the record as true, your not a rapist, you have been framed for them and it is all done on Our Approval and most especially, Kymberly Worthy. There, are you happy now?

FILED
WAYNE COUNTY CLERK'S OFFICE
UNSEALED MARCH 21, 2007

DEFENDANT: Hopefully one day, this will all come out.

THE COURT: Not today, take him back.

DEFENDANT: This is illegal and Sean Combs, Kym L. Worthy are all behind this and you are just letting it happen, your honor.

THE COURT: Gotta pay the bills somehow.

WITNESS: Amen to that!

THE COURT: Okay your still excused...Keep this sealed and only one of the parties can break it. Parties being The Wayne County Prosecutor's Office, Myself, Judge Kym Worthy, or the defendant Cardello-Smith. I will order my shorthand reporter to seal these records for 30 years or whichever party breaks

22

FILED

this deal. also, make sure that you send this to our New York Friend, Sean

FILED

Combs...okay....thank you young lady..

    THE COURT: See everyone soon, and remember, this never happened,

put on your dancing shoes. after all I am a judge.

        (Whereupon, proceedings recessed at 10:18:31..)


FILED
WAYNE COUNTY CLERK
MAY 2, 1998
SEALED FILE MATERIALS
JUDICIAL ORDER DIRECTIVES
PENDING INVESTIGATION


FILED
WAYNE COUNTY CLERK'S OFFICE
UNSEALED MARCH 21, 2007
Party Motion: Defendant Derrick Lee Cardello-Smith

23

FILED

STATE OF MICHIGAN   )
                            ) ss.
COUNTY OF WAYNE   )

      I certify that this transcript, consisting of 24 pages, is a complete, true, and

correct transcript of the videotaped proceedings and testimony taken in PEOPLE

OF MICHIGAN  versus  DERRICK LEE CARDELLO-SMITH, file no's 1998-

004133-01(1) and 1998-004133-01(2) on May 1, 1998....

      *Please not proper names and/or case numbers unknown to this reporter

are spelled phonetically and may not be correct.

HEARING IS SEALED
PER HONORABLE HARVEY TENNEN

> **FILED**
> WAYNE COUNTY CLERK'S OFFICE
> UNSEALED MARCH 21, 2007
> Party Motion: Defendant Derrick Lee Cardello-Smith

> **FILED**
> WAYNE COUNTY CLERK'S OFFICE
> **Case No's 1998-004133-01(1)**
> **1998-004133-01(2)**
> Derrick Lee Moore-as to Derrick Lee Cardello-Smith
> **Per Honorable Harvey F. Tennen**
> SESSION PLEA HEARING OF 5-1-98

*Cathy Rickstad,*
*Certified Shorthand Reporter & Photographer*
*For Confidential Photography & Reporting Services*
*Farber Studios, Inc*
*4925 Cadieux Road*
*Detroit, Michigan 48224*

Cathy Rickstad  CSR-1492
Certified Shorthand Reporter

24

OFFER OF PROOF #2
WAYNE COUNTY PROSECUTORS OFFICE
EMPLOYEE ASSESSMENT AGREEING WITH PLAINTIFFS
ASSESSMENT AS TO KYM L. WORTHY

KYM L. WORTHY
PROSECUTING ATTORNEY

DARYL CARSON
CHIEF OF STAFF

COUNTY OF WAYNE
OFFICE OF THE PROSECUTING
ATTORNEY
DETROIT, MICHIGAN

1200 FRANK MURPHY HALL OF JUSTICE
1441 ST. ANTOINE STREET
DETROIT, MICHIGAN 48226-2302

TEL: (313) 224-5777
FAX: (313) 224-0974

November 21, 2023

Derrick Lee Smith
MDOC #267009
Ionia Correctional Facility
1576 W. Bluewater Highway
Ionia, MI 48846

Dear Mr. Smith:

I write in response to your letter received November 15. I do not disagree with your assessment. Therefore, I forwarded your prior letter and will forward this one to the Public Integrity Unit. If that unit determines to undertake an investigation, then they have the power to recommend to the Prosecutor that relief be granted if warranted.

Sincerely,

/s/ VRh

Valerie Newman
Deputy Chief and
Director of Conviction Integrity Unit

55

Mr. Derrick Lee Cardello-Smith
#267009-6-63
Ionia Maximum Correctional Facility
1576 W. Bluewater Highway
Ionia, MI 48846

November 23, 2023

Office of the Wayne County Prosecutor
Valerie Newman, Director and Deputy Chief
Office of the Conviction Integrity Unit
1200 Frank Murphy Hall of Justice
1441 St. Antoine Street
Detroit, MI 48226

Re: Wrongfully Convicted Defendant's Assessment of the Wayne County Prosecutor Office John O'Hair, Kym L Worthy's refusal to vacate convictions based upon unlawful No-contest Plea and Sentences as to the Criminal Cases of: People of the State of Michigan v. Derrick Lee Cardello-Smith Case No's 1998-004133-01-FC, 2008-008639-01-FC, 201C, 2019-000756-01-FC being funded by Sean 'Diddy" Combs, and others in Wayne County Law Enforcement to Hide the Rape of Defendant by Sean Combs.

Dear Deputy Chief and Director Valerie Newman.

I am sending this in addition to the attached 4 Page and Other Letters to ask you directly if you, as the Deputy Director and Chief of the Wayne County Prosecutors Office Agree or Disagree with my Assessment of Your Supervisor and Employer Kym L Worthy pertaining to my Criminal Convictions obtained through No Contest Pleas:

1. I assess that Chief Wayne County Prosecutor and Former Judge Kym L. Worthy refuses to allow me to be released from custody because the convictions will confirm that She in her official and individual capacity violated Criminal Laws that will result in her removal from office, suspension, arrest, conviction and sentence.

2. I assess that of the 11,431 Sexual Assault kits found in the Detroit Police Crime Lab Warehouse, the last 1 is the Semen, Blood, biological, material and other items that identify the Current Owner of Bad Boy Entertainment, Sean Combs Enterprises, Mr. P. Diddy, Sean Combs, Puff Daddy and Kym L Worthy must keep it hidden and not allow it to be tested until she is ready as that it will result in Sean Combs being identified as the Suspect in this Defendants Rape in 1997.

3. I assess that Kym L. Worthy wishes to keep me incarcerated on these false charges because her role is that in on June 15, 1997, She was present with Sean Combs, Myself and other Law Enforcement and Wayne County Government Officials when I was first threatened with the Rape Charges in 1997.

4. I assess that Kym Worthy, John O'Hair and others in the Prosecutors Office participated in the 1997 Murder attempt on my life in which Carl Bishop and 2 others acted on Orders of Sean Combs, Kym Worthy and others to take not only my female companions life, but mine as well to silence me on the Sexual Assault that I was victim of by Sean Combs in 1997.

5. I assess that Kym Worthy, Patricia Penman, David Cobb and members of the MDOC have worked to get all my appeals denied and that I have been framed by these named officials.

6. I assess that Patricia Penman, Wayne County Investigator Hired Contract Killer Vincent Smothers in 2007 to execute me and Kym Worthy knows about it.

(1)

7. I assess that Transcripts of my Second Degree Murder, Plea hearing confirms Kym Worthy waived her Judicial Immunity in the 1998-004133-FC case.

8. I assess that I am innocent and your office of the CIU know it, but Kym Worthy will not file for my Plea to be Withdrawn because the Witnesses will implicate her and others in Framing me for False Crimes and Kym Worthy will not uphold the actual plea bargain may on May 1, 1998 and again on May 2, 2019.

9. I assess that I am innocent of All criminal charges and your office cannot do anything about it because State Law requires the Chief Prosecutor to act and she will not because she is complicit in this vast conspiracy to frame me for Rapes I did not do.

10. I assess that Patricia Penman, Wayne County Detective is also in charge of the Public Integrity Unit that investigates corrupt Police and since she is the one who paid the Contract Killer Vincent Smothers to execute me, she obviously will not investigate this matter?

11. I assess that if I am allowed to withdraw my plea and go to trial as I originally sought, then the Wayne County Prosecutors Office in 1997 through today will be guilty of felonies.

12. I assess that the transcript from the May 1, 1998 Plea hearing had then Judge Kym Worthy present admitting to her role in the attempted murder of myself and ending in the death of Carl Bishop, and requiring the transcripts to be released, from the Sealed Plea and Sentence.

If you agree with my assessment, please indicate so and process this and the other documents to the appropriate staff.

I understand that you cannot come directly out and say anything bad about your current boss, but an innocent man being locked up for something I did not do should always outweigh anything else.

I thank you DIrector Newman for reviewing this and the other documents.

I hpe to get your assessment agreement or disagreement in the mail soon.

Respectfully Yours                                                     November 5, 2023

Derrick Lee Cardello-Smith #267009-6-63
Ionia Maximum Correctional Facility
1576 W. Bluewater Highway
Ionia, MI 48846

(2)

OFFER OF PROOF #3
WARRANT FOR SEAN COMBS ARREST
FILED IN 1997

STATE OF MICHIGAN                                                                    1997722163

**WARRANT**
**FELONY**

36TH DISTRICT COURT DETROIT                                          Case No 1997722163
3rd Judicial Circuit                                                              CIRCUIT

The People of the State of Michigan                                    Offense Information
                                                                                        Police Agency/Report No
-vs-                                                                                   19997722163.

SEAN J. COMBS, A/K/A. PUFFY, Musician,
Artis, Talent Booker, Founder of Bad Boy Inc.

**FILED**
**36TH DISTRICT COURT**
**City of Detroit**
**JULY 2, 1997**
**Wednesday, 08:39AM**

Date of Offense(s)
06/15/97
Place of Offense(s)

First Location-Hotel, Adrian, Michigan (Rape/Assault/Weapon/Sexual Assault/Unlawful imprisonment/Possession of a Weapon/AWDW
Secondary Location-Detroit Police Department-Crime Lab-Warehouse, Back Parking Lot Sector- Detroit, Michigan, Wayne County

Complainant or Victim
DERRICK LEE CARDELLO-SMITH
Complaining Witness
SERGEANT PATRICK JACKMAN

**STATE OF MICHIGAN, COUNTY OF WAYNE**
**To any peace officer or court officer authorized to make arrest:** The complaint witness has filed a sworn complaint in this court stating that
on the date and the location described, the defendant, contrary to law,

**COUNT 1: CRIMINAL SEXUAL CONDUCT-FIRST DEGREE (Multiple Variables)**
did engage in sexual penetration, to-wit; penis to rectum (sodomize), with Derrick Lee Cardello-Smith, under the following
circumstances(s), during the commission of the felony of kidnapping and/or defendant was armed with a weapon or any article used or
fashioned in a manner to lead the victim to reasonably believe it to be a weapon, and /or defendant effected sexual penetration through
force or coercion and the victim personally sustained personal injury, contrary to MCL 750.520b [750.520B]
FELONY: life or any number of years upon conviction.

**COUNT 2: CONSPIRACY TO CONCEAL EVIDENCE OF CRIME, OBSTRUCTION OF JUSTICE THROUGH INTIMIDATION,**
**PAYMENT, EXTORTION TO FALSIFY REPORTS OF CRIME, TRANSPORTATION OF EVIDENCE FROM ONE LOCATION TO A**
**SECONDARY LOCATION, CONSPIRACY TO AID WITH THE CONCEALMENT OF CRIME WITH OTHER LAW ENFORCEMENT**
**OFFICIALS IN THE CITY OF DETROIT, MICHIGAN, COUNTY OF WAYNE, CONTRARY TO MICHIGAN COMPILED LAWS**
did engage in the acts of concealing the evidence of a crime from one location, Adrian, Michigan, by taking evidence o said crime from
the primary location of the hotel in Adrian, Michigan to the Aiders and Abettors in the City of Detroit, Michigan ,County of Wayne, by
providing the parties, persons of Patricia Penman, Dearborn Police Department, Kym L. Worthy, Detroit Recorder's Court Judge, Harvey
F. Tennen, Detroit Recorder's Court Judge, Adrian Police Department Evidence Technicians, Detroit Crime Laboratory Sexual Assault
Kit Technicians, A. Mcniel (Mcneal) Detroit Police Officer, Sean Combs, (Artist), Security Detailed Staff of Sean Combs, Also known as
Puff Daddy of New York. Purpose, to violate Compiled Law and to conceal Sexual Assault of Victim Derrick Lee Cardello-Smith of
Detroit, Michigan, County of Wayne, Date of Birth, 11-01-1972 and to ensure report is conducted to conceal the assault of victim and to
conceal evidence of criminal activity involving the criminal report that Defendant Sean J. Combs did engage in sexual penetration, to-wit;
penis to rectum (sodomize), with Derrick Lee Cardello-Smith, under the following circumstances(s), during the commission of the felony
of kidnapping and/or defendant was armed with a weapon or any article used or fashioned in a manner to lead the victim to reasonably
believe it to be a weapon, and /or defendant effected sexual penetration through force or coercion and the victim personally sustained
personal injury, contrary to MCL 750.520b [750.520B]
FELONY: Life, or any number or years upon conviction.

**HABITUAL OFFENDER NOTICE-** Lein reveals no prior felony convictions for supplemental increase.
the complaining witness asks that defendant be apprehended and dealt with according to law.

1 o 2

Defendants name and address:
OUTER STATE LOCATION
SEAN COMB (ARTIST-BAD BOY ENTERTAINMENT
1710 BROADWAY, FL2
NEW YORK, NEW YORK, 10019
INNER STATE LOCATION
7541 YALE ROAD, AVOCA, MI 48006

Victim or Complainant
DERRICK LEE CARDELLO-SMITH
Complaining Witness
Patrick Jackman, DPD
Date:
On or about 06/15/97

Witnesses
SEAN COMB a/k/a/ Puffy, (ARTIST)
KYM L WORTHY (JUDICIAL OFFICER)
PATRICK JACKMAN, (DETROIT POLICE OFFICER)
ROBERT FICANO (OFFICIAL)
PATRICIA PENMAN (DETECTIVE, DEARBORN POLICE DEPARTMENT)
Witnesses subject to be added as investigation and prosecution proceeds.

Upon examination of the complaining witness, I find the offense charged was committed and that there is probable cause to believe that defendant committed the offense. THEREFORE, IN THE NAME OF THE PEOPLE OF THE STATE OF MICHIGAN, I order you to arrest and bring defendant before the _____ District Court immediately.

☐ The defendant may be released before arraignment $ _____ is posted as interim bail by _____

7/1/97
Date                                                                                          Bar No.

See Return on reverse side.

FILED
(SEAL) 36TH DISTRICT COURT
City of Detroit
JULY 2, 1997
Wednesday, 08:39AM

MCL 764.1 et seq. MSA 28.860 et seq; MCL 766.1 et seq; MSA 28.919 et seq MCL 767.1 et seq; MSA 28.941 et seq
MC 200 (6/91) FELONY SET, Warrant                                                    MCR 6.102

**COURT COPY-WARRANT**

```
      ↓        ↓     ↓          ↓
Note: Felony Complaint, Warrant,
Homicide Evidence-Carl Bishop,
Sexual Assault Kit-Sean Combs,
Placed into Custody of Judicial
Officer  Kym  L.  Worthy  P38875
Officer   Patrick   Jackman,   9th
Precinct,Gratiot-Station--for
Criminal,  Proceedings  with  the
VCTF-Internal Affairs Division of
Station HQ, 1300 Beaubien
Occurring on 7-3-97:14.15:43hours
```

2 of 2