UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED - GR
June 27, 2025 12:39 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW   SCANNED BY: /s/ 16-7

DERRICK LEE CARDELLO-SMITH, #267009
SEXUAL ASSAULT SURVIVOR, & FOR OTHER
SURVIVORS OF RAPE & SEXUAL ASSAULT,

Case No: 25-__    1:25-cv-718

Hala Y. Jarbou
Chief U.S. District Judge

Honorable:__

SEAN COMBS, a/k/a/ Diddy
a/k/a/ Puff Daddy, a/k/a/ P. Diddy,
KYM L. WORTHY, Wayne County Prosecutor,
WAYNE COUNTY PROSECUTORS OFFICE,
HARVEY F. TENNEN, Wayne County Court Judge,
JOHN D. O'HAIR, Former Wayne County Prosecutor,
PATRICIA PENMAN, Detective for Wayne County
ESTATE OF HARVEY F. TENNEN, Wayne County Court Judge
ESTATE OF JOHN D. O'HAIR, Former Wayne County Prosecutor,
    Defendants,
_____/

## MOTION TO WAIVE FEES AND COSTS
## BASED ON IMMINENT DANGER

Plaintiff submits to this court that the Plaintif is indigent and has been indigent for a lon time due to the actions of the defendants and their combined efforts to continue to violate the terms of the agreement and as such, Plaintiff requests that this court granta waiver of the fees in this matter, as that it is based upon the IMMINENT DANGER CLAUSE.

Plaintiff submits to this court that the Court MUST WAIVE THE FEES if there is a risk of IMMINENT DANGER TO THE PLAINTIFF and the imminent danger is that the Defendants have now been exposed for who they truly are, and to every day that the plaintiff is subjected to this agreement between the parties involved,it places and constitutes and imminent threat to this plaintiffs safety and the lives of the plaintiffs family and each day this plaintiffs is forced to remain in this agreement with the defendants, it will result in further denials of the Public Trust and Confidence in the Public view of the Judicial Process and in a case this serious with results this incriminating and the defendants own words, well...It must not be prevented by the 3 strikes rule or procedure and if it is denied, it will risk the public confidence in the judicial process.by having this matter of betrayal of the public trust be stopped by procedural hurdels or a filing fee not being paid and as such, it must be allowed to proceed as any normal case...

### RELIEF SOUGHT
Wherefore, Plaintiff praysthis court will Waive tehfiling fees and allow this matter to proceed and grant any further relief this court deems necessary and appropriate.

1.

Thank you for your time.

_____
Derrick Lee Cardello-Smith
#267009
IMAX-1576 W. Bluewater Highway
Ionia, MI 48846

June 23, 2025

2.

Derrick Lee Cardello-Smith
#267009
Ionia Maximum Correctional Facility
1576 W. Bluewater Highway
Ionia, MI 48846

Mailed on June 23, 2025

Clerk of the Court
United States District Court-Western
399 Federal Building
110 Michigan Street, NW
Grand Rapids, MI 49503